# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE M. DOMINO, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., <br><br> Defendants. <br> _____ | Case No. 1:19-cv-001790-NONE-SKO <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** <br><br> **(Doc. 14)** |

Plaintiff is proceeding pro se and *in forma pauperis* in this employment discrimination action. On May 29, 2020, Plaintiff filed objections to the undersigned's findings and recommendation issued May 19, 2020 (Doc. 13), along with an ex parte application to extend time to file her amended complaint. (Doc. 14.)

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted an extension of **30 days, or until July 6, 2020,** to file her amended complaint.[1] If Plaintiff needs an additional extension of time, she shall file a motion seeking same by no later **July 6, 2020**.

IT IS SO ORDERED.

Dated:   **June 1, 2020**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's objections to the undersigned's finding and recommendation remain referred to the (currently unassigned) district judge.