McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA G. SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01791-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(Doc. 16) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from September 16, 2020 to October 16, 2020.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel needs additional time due to his current workload, including another district court brief due on September 16, 2020. In addition, counsel will be on medical leave from August 31 through September 2, and September 14 through September 15.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly:

- Defendant shall respond to Plaintiff's opening brief on or before October 16, 2020;
- Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before November 2, 2020).

                                            Respectfully submitted,

Dated: September 11, 2020          /s/ Dolly M. Trompeter*
                                            (*as authorized via e-mail on 9/10/20)
                                            DOLLY M. TROMPETER
                                            Attorney for Plaintiff

Dated:  September 11, 2020         McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                By:    /s/ Marcelo Illarmo
                                            MARCELO ILLARMO
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

## ORDER

Pursuant to the parties' above stipulation (Doc. 16), IT IS HEREBY ORDERED that Defendant shall have until October 16, 2020, to file his response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **September 14, 2020**                     /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE